IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**AMENDED NOTICE OF FEBRUARY 2022 OMNIBUS HEARING
VIA ZOOM FOR GOVERNMENT**

PLEASE TAKE NOTICE that the omnibus hearing in the above-captioned chapter 11 case previously scheduled for February 23, 2022 at 1:30 p.m. (prevailing Eastern time) has been rescheduled for **February 23, 2022 at 2:30 p.m. (prevailing Eastern time)** (the "**Omnibus Hearing**").

PLEASE TAKE FURTHER NOTICE **that parties may participate in the Omnibus Hearing via Zoom for Government**, using this link: www.zoomgov.com/j/16175050888. Parties that wish to listen to the Omnibus Hearing, but not actively participate, may do so by phone:

>Phone: 551-285-1373 or 646-828-7666
>Meeting ID: 161 7505 0888

PLEASE TAKE FURTHER NOTICE that copies of all filings in this chapter 11 case may be accessed through the case website at: https://omniagentsolutions.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 1099 N. Meridian St., Suite 800, Indianapolis, Indiana 46204.

2

| | |
|---|---|
| Dated: February 3, 2022 | Respectfully submitted,<br><br>**JENNER & BLOCK LLP**<br><br>By: /s/ *Catherine Steege*<br><br>Catherine L. Steege (admitted *pro hac vice*)<br>Dean N. Panos (admitted *pro hac vice*)<br>Melissa M. Root (#24230-49)<br>Adam T. Swingle (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Tel: (312) 923-2952<br>Fax: (312) 840-7352<br>csteege@jenner.com<br>dpanos@jenner.com<br>mroot@jenner.com<br>aswingle@jenner.com<br><br>*Counsel for the Debtor* |