**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

## <u>NOTICE OF MOTION AND HEARING</u>

PLEASE TAKE NOTICE that on February 2, 2022 USA Gymnastics, as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Debtor's Eleventh Motion For Order Extending Period Within Which It May Remove State Court Actions Pursuant To 28 U.S.C. § 1452 And Rule 9027 Of The Federal Rules Of Bankruptcy Procedure* [Dkt. 1833] (the "**Motion**").

PLEASE TAKE FURTHER NOTICE that the Motion is set to be heard at a hearing (the "**Hearing**") on **February 23, 2022 at 2:30 p.m. (prevailing Eastern time)**.

PLEASE TAKE FURTHER NOTICE **that any objections to the Motion must be filed by February 16, 2022 at 4:00 p.m. (prevailing Eastern time)**.

PLEASE TAKE FURTHER NOTICE **that parties may participate in the Hearing via Zoom for Government**, using this link: https://www.zoomgov.com/j/16175050888. Parties that wish to listen to the Hearing, but not actively participate, may do so by phone:

      Phone: 551-285-1373 or 646-828-7666
      Meeting ID: 161 7505 0888

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 1099 N. Meridian St., Suite 800, Indianapolis, Indiana 46204.

PLEASE TAKE FURTHER NOTICE that copies of the Motion may be accessed through the case website at: https://omniagentsolutions.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

Dated: February 3, 2022

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
Adam T. Swingle (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com
aswingle@jenner.com

*Counsel for the Debtor*